REDUCTION ASSOCIATES, INC. *v.* CONSERVATION
COMMISSION OF THE TOWN OF COLCHESTER

(two cases)

The plaintiff's petitions for certification for
appeal from the Superior Court in the judicial dis-
trict of New London are denied by the court.

*M. Donald Cardwell* and *James J. Huron,* in sup-
port of the petitions.

*Lois J. Lawrence,* in opposition.

Decided June 11, 1980

WEYMOUTH SOMERSET ET AL. *v.* PLANNING
COMMISSION OF THE TOWN OF WASHINGTON
ET AL.

The petition of the named defendant et al. for
certification for appeal from the Superior Court in
the judicial district of Litchfield is denied by the
court.

*William C. Franklin,* in support of the petition.

*James R. Mulvey* and *Mark W. Korotash,* in
opposition.

Decided June 11, 1980

JAMES A. DEVLIN ET AL. *v.* ZONING COMMISSION
OF THE TOWN OF BROOKFIELD

(two cases)

The named plaintiff's petitions for certification
for appeal from the Superior Court in the judicial
district of Danbury are denied by the court.

*Neil R. Marcus,* in support of the petitions.

*Francis J. Collins,* in opposition.

Decided June 18, 1980